IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-2077-AP

PEGGY L. WELLS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
Michael W. Seckar
402 W. 12th Street
Pueblo, CO 81003
Phone:  719-543-8636
Facsimile: 719-543-8403
Email:  seckarlaw@mindspring.com

For Defendant:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
Email:  J.B.Garcia@usdoj.gov

James L. Burgess
Special Assistant United States Attorney
Social Security Administration, Region VIII
Office of the General Counsel
1961 Stout Street, Suite 4169
Denver, Colorado 80294-4003
Phone:  303-844-1856
Facsimile:  303-844-0770
Email:  james.burgess@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

       **A.     Date Complaint Was Filed**:  August 5, 2013

       **B.     Date Complaint Was Served on U.S. Attorney's Office**:  October 1, 2013

       **C.     Date Answer and Administrative Record Were Filed**:  November 18, 2013

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties state that the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**

       This case is not an appeal from a decision issued on remand.  The parties have no other matters to bring to the attention of the Court.

**8.     BRIEFING SCHEDULE**

       **A.     Plaintiff's Opening Brief Due**:  January 21, 2014

       **B.     Defendant's Response Brief Due**:  February 20, 2014

       **C.     Plaintiff's Reply Brief (If Any) Due**:  March 7, 2014

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    B.    **Defendant's Statement:** Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    *Indicate below the parties' consent choice.*

    A.    ( )    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    ( X )    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 9<u>th</u> day of December, 2013.

                                                  BY THE COURT:

                                                 *s/John L. Kane*
                                                 U.S. DISTRICT COURT JUDGE

APPROVED:

                                        John F. Walsh
                                        United States Attorney

s/ Michael Seckar                      By: s/James L. Burgess
402 W. 12th Street                   Special Assistant U.S. Attorney
Pueblo, CO 81003                   1961 Stout St., Suite 4169
Phone:  719-473-1515              Denver, CO 80294-4003
Facsimile:  719-543-8403          Phone:  303-844-1856
Email:  seckarlaw@mindspring.com   Facsimile:  303-844-0770
                                          Email:  james.burgess@ssa.gov

Attorneys for Plaintiff                     Attorneys for Defendant