**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 13-cv-02077-WJM

PEGGY L. WELLS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

_____

## FINAL JUDGMENT
_____

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming Commissioner's Denial of Benefits (ECF No. 21) , entered by the Honorable William J. Martínez, United States District Judge, on September 16, 2014,

IT IS ORDERED that the Commissioner's decision is AFFIRMED.

IT IS FURTHER ORDERED that Judgment is entered in favor of Defendant and against the Plaintiff.

Dated at Denver, Colorado this 16th day of September, 2014.

                BY THE COURT:
                JEFFREY P. COLWELL, CLERK

                By:   s/Deborah A. Hansen
                Deborah A. Hansen, Deputy Clerk